PROB 35
(Rev. 5/01)

**Report and Order Terminating Probation/Supervised Release
Prior to Original Expiration Date**

# UNITED STATES DISTRICT COURT

FOR THE

Southern District of Ohio

UNITED STATES OF AMERICA

v.

James R. Wyrick

Crim. No.  CR-1-02-13

On  August 23, 2002  the above named was placed on probation/supervised release for a period of three years. The probationer/supervised releasee has complied with the rules and regulations of probation/supervised release and is no longer in need of supervision. It is accordingly recommended that the probationer/supervised releasee be discharged from supervision.

Respectfully submitted,

_Gregory C. Hutchins_
U.S. Probation Officer

## ORDER OF COURT

Pursuant to the above report, it is ordered that the probationer/supervised releasee be discharged from supervision and that the proceedings in the case be terminated.

Dated this  11th  day of  January , 20 05 .

_____
United States District Judge